IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01417-BNB

MARIO E. VILLABONA-ALVARADO,

Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
JOHN M. HURLEY,
G. L. HERSHBERGER, and
WENDY J. ROYAL,

Defendants.



---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff Mario E. Villabona-Alvarado is in the custody of the United States Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Atlanta, Georgia. On June 27, 2008, Plaintiff submitted to the Court a *pro se* Prisoner Complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and to the Privacy Act, 5 U.S.C. § 522a(e)(5). On August 18, 2008, Magistrate Judge Boyd N. Boland directed Plaintiff to respond and show cause why the Complaint and action should not be dismissed as repetitious litigation. On September 15, 2008, Plaintiff filed a response indicating that the instant action is not repetitious. The Order to Show Cause will be discharged.

The Court must construe the Complaint liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the Complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [a court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, a court should not act as an advocate for a *pro se* litigant. *See id.*

The Complaint as asserted against Defendants John M. Hurley, G. L. Hershberger and Wendy J. Royal will be drawn to a district judge and to a magistrate judge.

Defendants United States of America and Federal Bureau of Prisons, however, are inappropriately named parties to the action. The United States and its agencies are not subject to suit under *Bivens*. *See FDIC v. Meyer*, 510 U.S. 471, 484-85 (1994). A suit against the United States is barred by sovereign immunity. *See Weaver v. United States*, 98 F.3d 518, 520 (10th Cir.1996); *Chapoose v. Hodel*, 831 F.2d 931, 935 (10th Cir. 1987) (same). Accordingly, it is

ORDERED that the Order to Show Cause, (Doc. No. 7), entered on August 18, 2008, is discharged. It is

FURTHER ORDERED that Defendants United States of America and Federal Bureau of Prisons are dismissed from the action. It is

FURTHER ORDERED that the Complaint and action as asserted against Defendants John M. Hurley, G. L. Hershberger, and Wendy J. Royal shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 19 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01417-BNB

Mario E. Villabona-Alvarado
Reg. No. 89696-012
FCI - Atlanta
PO Box 150160
Atlanta, GA 30315

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/22/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk