FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 7 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01417-WYD-KLM

MARIO E. VILLABONA-ALVARADO,

    Plaintiff,

v.

JOHN M. HURLEY,
G.L. HERSHBERGER, and
WENDY J. ROYAL,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil procedure after service of process on the defendants.

Dated: October 2, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01417-WYD-KLM

Mario E. Villabona-Alvarado
Reg. No. 89696-012
FCI - Atlanta
PO Box 150160
Atlanta, GA 30315

John M. Hurley– **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

G.L Hershberger - **CERTIFIED**
Regional Director North Central Region
400 State State Ave., Ste 800
Kansas City, KS 66101

Wendy J. Royal - **CERTIFIED**
National Inmate Appeals
400 State Ave. Ste. 800
Kansas City, Ks 66101

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on John M. Hurley; to G.L. Hershberger, Regional Director; to Wendy J. Royal; to The United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 07/08/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/7/08.

GREGORY C. LANGHAM, CLERK

By: /s/
      Deputy Clerk