IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01417-CMA-KLM

MARIO E. VILLABONA-ALVARADO,

Plaintiff,

v.

JOHN HURLEY,
G.L. HERSHBERGER, and
WENDY J. ROAL,

Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 30 2008

GREGORY C. LANGHAM
                    CLERK

---

## ORDER DIRECTING UNITED STATES MARSHAL TO SERVE DEFENDANT ROAL

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court *sua sponte*. It has come to the Court's attention that Defendants have not been served with the Summons and Complaint in this action and, therefore, are not currently proper parties [Docket No. 25]. The operative Complaint was filed on July 8, 2008 [Docket No. 3]. By Order dated October 2, 2008 [Docket No. 11], the United States Marshal was directed to seek a waiver of personal service of the Summons and Complaint from all Defendants in the above-captioned matter. The Defendants are current or former Bureau of Prisons ("BOP") officials sued in their individual capacities. Defendants Hurley and Hershberger are no longer employed by the BOP and did not execute a waiver of service of the Summons and Complaint. No forwarding addresses were provided by the BOP. Defendant Roal, who is still employed by the BOP, declined to waive personal service. Accordingly,

IT IS HEREBY **ORDERED** that the United States Marshal shall personally serve a

copy of the Summons, Complaint, the Order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant Roal at USP Terre Haute, 4700 Bureau Road South, Terre Haute, Indiana 47802. All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendant Roal shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure after service of process is completed.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for January 28, 2009 at 9:30 a.m. is **vacated** and will be reset at a later date, if appropriate.

Dated: December 30, 2008

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01417-CMA-KLM

Mario E. Villabona-Alvarado
Reg. No. 89696-012
FCI - Atlanta
PO Box 150160
Atlanta, GA 30315

US Marshal Service
Service Clerk
Service forms for: Wendy Roal

Susan Prose
Assistant United State Attorney
United States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Wendy J. Roal: COMPLAINT FILED 07/08/08, ORDER FILED 9/22/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/30/08.

GREGORY C. LANGHAM, CLERK

By: /s/ Deputy Clerk
       Deputy Clerk