IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01417-CMA-KLM

MARIO E. VILLABONA-ALVARADO,

    Plaintiff,

v.

JOHN HURLEY,
G.L. HERSHBERGER, and
WENDY J. ROAL,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Order to Desist** [Docket No. 35; Filed February 26, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The Motion seeks an order compelling nonparties, over whom the Court does not have jurisdiction, to act. To the extent that Plaintiff contends that he is being denied access to the Courts and his attorney, the Court makes two observations. First, the Court notes that Plaintiff's scheduling conference has not yet occurred and case deadlines have not been set. Second, Plaintiff is proceeding *pro se* and his alleged inability to converse with his attorney does not appear to be relevant. Therefore, Plaintiff's ability to show that he is suffering an actual injury in relation to this case is sufficiently in doubt.

Dated: March 2, 2009