**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01417-CMA-KLM

MARIO E. VILLABONA-ALVARADO,

    Plaintiff,

v.

JOHN M. HURLEY,
G. L. HERSHBERGER, and
WENDY J. ROAL,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING APRIL 30, 2009 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on Defendant Roal's Motion To Dismiss (Doc. # 39), filed March 23, 2009. The motion was referred to Magistrate Judge Kristen L. Mix for a Recommendation by Order of Reference dated March 24, 2009. Magistrate Judge Mix issued a Recommendation on April 30, 2009 that the above-referenced motion be granted as to Defendant Roal. (Recommendation at 8.) The Recom-mendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 9.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165,

> 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Mix is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a). I agree that the above-referenced motion to dismiss should be granted. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Kristen L. Mix (Doc. # 41), filed April 30, 2009, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Defendant Roal's Motion To Dismiss (Doc. # 39 be GRANTED and that Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE as to Defendant Wendy J. Roal. It is

FURTHER ORDERED that the Order To Show Cause (Doc. # 27) be made absolute and that the remaining Defendants and claims be DISMISSED WITHOUT PREJUDICE.

DATED: May   18  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge